UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2718 DSF CWx) | Date | 4/25/13 |
|---|---|---|---|
| Title | GB Inland Properties, LLC v. Armen Hovhannisian | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on April 18, 2013. The complaint filed by Plaintiff GB Inland Properties, LLC is a state law unlawful detainer complaint and does not state a federal cause of action. (See Notice of Removal, Ex. A.) Federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See <u>Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.</u>, 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.